## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAIGE VASSEUR, individually and on behalf of all others similarly situated, <br><br>        Plaintiff, <br><br>   v. <br><br> JOHNSON & JOHNSON CONSUMER, INC., a New Jersey Corporation, and KENVUE INC., a Delaware Corporation, <br><br>        Defendants. | Civil Action <br> Case No.: 3:25-cv-01221-GC-TJB <br><br><br> **RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE** |

### RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby notify the Court that they have resolved all claims asserted in this matter, with each party to bear their own costs. The parties therefore file this STIPULATION OF DISMISSAL WITH PREJUDICE and respectfully request that the case be closed.

Dated: September 8, 2025    Respectfully Submitted,


            By: */S/Jonathan Shub*

It is so ordered this 9th
day of September, 2025.    Jonathan Shub (NJ Bar # 317842020)

            **SHUB JOHNS &**
            **HOLBROOK LLP**
GEORGETTE CASTNER, U.S.D.J.  Four Tower Bridge
            200 Barr Harbor Drive, Suite 400
            Conshohocken, PA 19428
            Tel: (610) 477-8380

jshub@shublawyers.com

Trenton R. Kashima
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
402 W. Broadway St., Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047
tkashima@milberg.com

Alex Straus
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Ste. PH
Beverly Hills, CA 90212
Tel: (866) 252-0878
Fax: (865) 522-0049
astraus@milberg.com

Nick Suciu III
**BRYSON HARRIS SUCIU &
DEMAY PLLC**
6905 Telegraph Rd. Suite 115
Bloomfield Hills, MI 48301
Tel: 313-303-3472
nsuciu@brysonpllc.com

Jason P. Sultzer, Esq.
Philip J. Furia, Esq.
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
furiap@thesultzerlawgroup.com

***Counsel for Plaintiff and the Class***

– AND –

By: */S/Stephen C. Matthews*
Stephen C. Matthews
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, NJ 07078
Tel: 973.520.2541
Stephen.matthews@us.dlapiper.com

***Counsel for Defendant Johnson & Johnson Consumer, Inc., and Kenvue Inc.***